UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY PENWELL,<br><br>            Plaintiff,<br><br>   v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>            Defendants. | 3:24-cv-05748 TSZ<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 6, and plaintiff's objections, docket no. 7, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Plaintiff's complaint is dismissed with prejudice; and

(3) The Clerk is directed to send a copy of this Order to all counsel of record and to plaintiff pro se.

Dated this 15th day of October, 2024.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1